v. Jacob S. Strahl, Justice of the Municipal Court, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Irving Rossheim, Respondent, v. King Manufacturing Corporation, Appellant. (Appeal No. 1.) — Motion for stay denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ.

Samuel Schoen, Respondent, v. Samuel W. Stoloff, Defendant, and Esther Bernstein, Appellant.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Nora Shea, Plaintiff, v. Parkboro Realty Corporation, Respondent, and Dominick Giffuni and Louis Giffuni, Doing Business under the Firm Name and Style of Giffuni Brothers, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Julius Sherman, Appellant, v. Brooklyn Trust Company, Respondent.— Motion to dispense with printing exhibits introduced for the sole purpose of showing signatures thereon granted. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ. Settle order on notice, the order to specify and identify the exhibits.

Elizabeth Shine, Respondent, v. Daniel Shine, Appellant.— In view of the decision of the main appeal (—— App. Div. ——), decided herewith, the motion for stay pending appeal is dismissed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

Harry Sindel, Respondent, v. Grover A. Whalen and Others, Police Commissioner, Inspector and Captain of the Police Department of the City of New York, Respectively, and All Officers under the Command of the Said Defendants, Appellants.— Temporary injunction order stayed pending appeal, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Isidore Steinberg and Barnett Prakin, Respondents, v. Julius Powers, Appellant. Max Brickner and Others, Defendants.— Motion to resettle order granted and order resettled so as to include the following provision: Further ordered that said judgment as so modified may be satisfied by the delivery by appellant to respondents of the check for $100, received by appellant as the down payment made by respondents to appellant, with the same force and effect as if paid in cash. Present — Lazansky, P. J., Kapper, Seeger and Carswell, JJ.; Scudder, J., not voting.

Ella Stolworthy, an Infant, by George E. Stolworthy, Her Guardian ad Litem, Respondent, v. Irving Friedman, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

Frances Stolworthy, an Infant, by George E. Stolworthy, Her Guardian ad Litem, Respondent, v. Irving Friedman, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

George E. Stolworthy, Respondent, v. Irving Friedman, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed,